AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> JEFFREY SCHAEFER ) <br> *Defendant* ) | Case No. 1:22-MJ-00009-GMH-1 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffrey Schaefer

Date:   02/03/2022

*Attorney's signature*

Joshua Insley    30755
*Printed name and bar number*

12 S. Calvert Street
2nd Floor
Baltimore, MD 21202

*Address*

JInsley@Sallerlaw.com
*E-mail address*

(410) 783-7845
*Telephone number*

(443) 869-2683
*FAX number*